| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  HUFF, MARILYN L. | 2. Court or Organization  USDC, SOUTHERN DIST. OF CALIF. | 3. Date of Report  04/26/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address  333 W. BROADWAY SUITE 1510 SAN DIEGO, CA 92101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 Note: Trust assets generally listed by (T) in Part VII |
| 2. | President-Elect | Federal Judges Association |
| 3. | American Inns of Court Louis Welsh Chapter | Executive Committee |
| 4. | ABTL | Judicial Advisory Board |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/16-12/16 | DLA Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 5/16/16-5/18/16 | Washington, D.C. | Board Meeting | Travel, Lodging, Food |
| 2. | Federal Judges Association | 9/14/16 | Washington, D.C. | Meeting | Travel, Food |
| 3. | George Washington Law School | 5/9/16-5/10/16 | Washington, D.C. | Speaker | Travel, Food, Lodging |
| 4. | ABTL | 4/1/16-4/3/16 | Carmel, CA | Board Meeting | Travel, Food, Lodging |
| 5. | ChIPs | 9/13/16-9/15/16 | Washington, D.C. | Speaker/Seminar | Travel, Food, Lodging |
| 6. | Federal Judges Association | 10/15/16-10/20/16 | Mexico City, Mexico | IAJ Conference | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

| 7. | First Amendment Center | 11/9-11/10 | Denver, CO | Justice and Journalism Conference | Travel, Food, Lodging |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Energy Transfer Partners (T) | A | Dividend | J | T | | | | | |
| 2. Suncoke Energy (T) | A | Dividend | J | T | | | | | |
| 3. Wells Fargo Accounts-SDCA (T) and I | B | Interest | P1 | T | | | | | |
| 4. 401k & Profit Sharing * Total Value | | | | | | | | | |
| 5. Sched of Assets & Transactions | | | | | | | | | |
| 6. Trust B Real Estate Trust Deed Fund (Y) | | | | | | | | | |
| 7. Vanguard Total Intl Stock In | D | Dividend | M | T | Buy (add'l) | 02/12/16 | K | | |
| 8. Vanguard Total Intl Stock In | D | Dividend | M | T | Sold (part) | 07/25/16 | K | A | |
| 9. Vanguard Bond Ind Adm | D | Interest | N | T | Buy (add'l) | 07/13/16 | K | | |
| 10. Vanguard Bond Ind Adm | D | Interest | N | T | Buy (add'l) | 07/26/16 | M | | |
| 11. Vanguard Bond Ind Adm | D | Interest | | | Buy (add'l) | 11/18/16 | M | | |
| 12. Vanguard ST Bond Index Adm | D | Interest | O | T | Buy (add'l) | 07/27/16 | L | | |
| 13. Vanguard ST Bond Index Adm | D | Interest | O | T | Buy (add'l) | 11/18/16 | M | | |
| 14. Vanguard ST Bond Index Adm | D | Interest | O | T | Sold (part) | 02/12/16 | M | | |
| 15. Vanguard S&P 500 Adm | E | Dividend | O | T | Buy (add'l) | 02/12/16 | L | | |
| 16. Vanguard S&P 500 Adm | E | Dividend | O | T | Sold (part) | 07/25/16 | L | D | |
| 17. Vanguard Value Index Adm | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Growth Index Adm | C | Dividend | M | T | Buy (add'l) | 02/12/16 | K | | |
| 19. Vanguard Growth Index Adm | C | Dividend | | | Sold (part) | 07/25/16 | K | C | |
| 20. Vanguard Sm. Cap Stock Index Adm | B | Dividend | M | T | Buy (add'l) | 02/12/16 | K | | |
| 21. Dodge & Cox Intl. | B | Dividend | L | T | | | | | |
| 22. Spartan Ext. Market | A | Dividend | K | T | | | | | |
| 23. Vanguard Intl. Growth Port. | B | Dividend | M | T | | | | | |
| 24. Pimco Foreign Hedged | D | Interest | M | T | Buy (add'l) | 05/10/16 | K | | |
| 25. Vanguard Windsor II Adm | B | Dividend | L | T | | | | | |
| 26. Vanguard Sm.Value Ind. Adm | C | Dividend | M | T | Buy (add'l) | 02/12/16 | J | | |
| 27. Vanguard Sm Value Ind. Adm | C | Dividend | M | T | Sold (part) | 07/25/16 | J | B | |
| 28. I Shares MSCI EFTEm Mkts | A | Dividend | K | T | | | | | |
| 29. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | L | T | Sold (part) | 07/25/16 | L | B | |
| 30. Vanguard High Yield Adm | D | Interest | M | T | | | | | |
| 31. Vanguard GNMA | C | Interest | | | Sold | 11/18/16 | M | C | |
| 32. Vanguard Large Cap ETF | C | Dividend | M | T | | | | | |
| 33. Vanguard Infl. Prot. | A | Interest | M | T | | | | | |
| 34. Vanguard ST Infl Prot Adm | B | Interest | M | T | Buy | 09/11/16 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Low Duration | B | Interest | L | T | | | | | |
| 36. I Shares Rus Micro EFT | A | Dividend | L | T | | | | | |
| 37. Wisdom Tree Int'l. ETF | B | Dividend | K | T | | | | | |
| 38. CH Cash Management (AP) | A | Interest | K | T | | | | | |
| 39. Vanguard Emerging Govt. ETF | D | Interest | M | T | | | | | |
| 40. Vanguard ST Inv. Gr. Adm | D | Interest | O | T | | | | | |
| 41. Vanguard Dev. Mkts Adm | B | Dividend | L | T | | | | | |
| 42. Vanguard Emerg. Mkts. Adm | B | Dividend | L | T | | | | | |
| 43. Vanguard Intl. Value | B | Dividend | L | T | Buy (add'l) | 02/12/16 | K | | |
| 44. Vanguard Sm FtSE Ex US ETF | B | Dividend | L | T | | | | | |
| 45. Equity (Sterling) Trust Co. IRA mm Phair RE (First Reg. Bank) | E | Distribution | K | T | | | | | |
| 46. END OF ASSETS IN 401(k) | | | | | | | | | |
| 47. IRA Am. Gen. (Western National) | B | Interest | K | T | | | | | |
| 48. Charles Schwab IRA See below | | | | | | | | | |
| 49. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 50. Marathon Petroleum | A | Dividend | K | T | | | | | |
| 51. Eli Lilly | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Alcoa Inc. | | None | J | T | | | | | |
| 53.  Arconic Inc. | | None | J | T | Spinoff (from line 52) | 11/01/16 | J | | |
| 54.  Pimco Hi Yld Inst. | B | Interest | K | T | | | | | |
| 55.  Vanguard Emerg. Govt ETF | C | Interest | L | T | | | | | |
| 56.  Marathon (USX) Oil | A | Dividend | J | T | | | | | |
| 57.  DFA 5 Yr. Global | A | Interest | K | T | | | | | |
| 58.  DFA U.S. Micro Cap | A | Dividend | L | T | | | | | |
| 59.  DFA Int. Lg. Cap. Val. | B | Dividend | K | T | | | | | |
| 60.  DFA Int. Lg. Cap. | B | Dividend | L | T | | | | | |
| 61.  DFA Lg. Cap. Val. | A | Dividend | K | T | | | | | |
| 62.  DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 63.  DFA Int. Small Cap | A | Dividend | K | T | | | | | |
| 64.  Vanguard Int. Growth Ad | A | Dividend | K | T | | | | | |
| 65.  Vanguard Growth Index Adm | A | Dividend | L | T | | | | | |
| 66.  Schwab Money Market - H | A | Interest | K | T | | | | | |
| 67.  Home Depot | A | Dividend | K | T | | | | | |
| 68.  Vanguard ST Infl. Prot | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Infl. | A | Interest | K | T | | | | | |
| 70. Vanguard Short Term Bd Adm | B | Interest | M | T | | | | | |
| 71. Vanguard GNMA | A | Interest | K | T | | | | | |
| 72. DFA Emerging Core Eq | A | Dividend | K | T | | | | | |
| 73. Vanguard Ex. Mkt. Adm | A | Dividend | K | T | | | | | |
| 74. Vanguard ST Invest Adm | B | Interest | L | T | | | | | |
| 75. DFA US Sm. Cap. Value | A | Dividend | K | T | | | | | |
| 76. AQR Sm M | A | Dividend | J | T | | | | | |
| 77. AQR M Large | A | Dividend | K | T | Buy (add'l) | 02/11/16 | J | | |
| 78. DFA US Large Cap. | B | Dividend | M | T | | | | | |
| 79. DFA US Small Cap. Value | A | Dividend | K | T | | | | | |
| 80. DFA World Ex USG | B | Interest | | | Sold | 07/26/16 | L | B | |
| 81. DFA Real Estate | A | Dividend | K | T | | | | | |
| 82. DFA Intl. REIT | A | Dividend | J | T | | | | | |
| 83. Pimco Low Duration | A | Interest | K | T | | | | | |
| 84. DFA Two Yr. Global | B | Interest | M | T | Buy (add'l) | 07/26/16 | L | | |
| 85. Stone Ridge Reinsurance | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. END OF ASSETS IN IRA-MLH | | | | | | | | | |
| 87. Schwab Cal Muni Mut Fund | A | Interest | M | T | | | | | |
| 88. GCWF Partners II (Y) | | | | | | | | | |
| 89. GCWF (A-E)Invest. Partners I | | None | J | T | | | | | |
| 90. GCWF (F-N)Invest Partners II | | None | K | T | | | | | |
| 91. DLA Piper Venture 2006 | | None | J | T | | | | | |
| 92. Onco Fluor, Inc. (Fluro Probe) | | None | J | W | | | | | |
| 93. Bella Mar RV Park LLC (Y) | | | | | | | | | |
| 94. Schwab BFT Assets (T) Listed Below | | | | | | | | | |
| 95. Vanguard CA Inst Adm (T) | C | Interest | L | T | | | | | |
| 96. Altria (T) | B | Dividend | K | T | | | | | |
| 97. Kraft/Heinz (T) | A | Dividend | J | T | | | | | |
| 98. Mondelez Int. (T) | A | Dividend | J | T | | | | | |
| 99. Extreme Networks (T) | | None | J | T | | | | | |
| 100. Halyard Health (T) | | None | J | T | | | | | |
| 101. SPDR Dow Jones (DIA) Ind (T) | D | Dividend | N | T | Buy (add'l) | 01/12/16 | K | | |
| 102. SPDR Dow Jones (DIA) Ind (T) | D | Dividend | | | Buy (add'l) | 02/11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SPDR Dow Jones (DIA) Ind (T) | D | Dividend | | | Buy (add'l) | 11/10/16 | J | | |
| 104. DFA US Micro Cap Port (T) | A | Dividend | K | T | | | | | |
| 105. DFA Real Estate (T) | C | Dividend | L | T | Buy (add'l) | 05/02/16 | J | | |
| 106. DFA Real Estate (T) | C | Dividend | | | Buy (add'l) | 11/08/16 | J | | |
| 107. Mid Amer Apt. Cmntys (T) | B | Dividend | K | T | | | | | |
| 108. DFA Intl. REIT (T) | B | Interest | K | T | | | | | |
| 109. Vanguard Ind. ex US RE ETF (T) | B | Dividend | K | T | | | | | |
| 110. Starbucks (T) | A | Dividend | L | T | | | | | |
| 111. Realty Income Corp. (T) | | None | | | Buy | 05/10/16 | J | | |
| 112. Realty Income Corp/ (T) | | None | | | Sold | 12/30/16 | J | | |
| 113. Pure Funds Cyber ETF (T) | | None | K | T | | | | | |
| 114. Cisco Systems (T) | A | Dividend | K | T | | | | | |
| 115. Quality Systems, Inc. (T) | A | Dividend | J | T | | | | | |
| 116. Occidental Pet.(T) | B | Dividend | K | T | | | | | |
| 117. Claymore Guggenhein Strat. (T) | B | Int./Div. | K | T | | | | | |
| 118. Guggenhm Spinoff ETF (T) | A | Dividend | K | T | | | | | |
| 119. Pro Sh. S&P 500 ETF (T) | A | Dividend | K | T | Buy | 06/14/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pro Sh. S&P 500 ETF (T) | A | Dividend | | | Buy (add'l) | 10/18/16 | J | | |
| 121. ISH Index SP 500 (T) | B | Dividend | L | T | | | | | |
| 122. ISH Core SP 500 ETF (T) | B | Dividend | L | T | | | | | |
| 123. ISH Index FD TR Msci/EAFE (T) | A | Dividend | J | T | | | | | |
| 124. ISH S&P Mid Cap 400 (T) | B | Dividend | L | T | | | | | |
| 125. ISH S&P Sm Cap 600 ETF (T) | A | Dividend | J | T | | | | | |
| 126. ISH Trust/ Core High Div ETF (T) | A | Dividend | L | T | | | | | |
| 127. HY Corp ETF F/K/A ISH Trust (T) | A | Interest | J | T | | | | | |
| 128. Allianz Div. Fund (T) | A | Dividend | K | T | | | | | |
| 129. RSB IRA Morgan Stanley (ASSETS BELOW) | | | | | | | | | |
| 130. Mod. Growth (IRA)(TA) (IDEX) | D | Distribution | L | T | | | | | |
| 131. Growth Port. (IRA) (TA) (IDEX) | A | Dividend | | | Sold | 12/09/16 | J | B | |
| 132. Morgan Stanley (Smith Barney)MM | A | Interest | J | T | | | | | |
| 133. Power Shares High Yld. Eq. ETF (T) | A | Dividend | J | T | | | | | |
| 134. Power Shares QQQ Trl ETF (T) | B | Dividend | M | T | | | | | |
| 135. Kimberly Clark (T) | A | Dividend | K | T | Buy (add'l) | 05/04/16 | J | | |
| 136. Vanguard Windsor II (T) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. USE Credit Union SDCA Accts | A | Interest | J | T | | | | | |
| 138. Vanguard CA MM(T) | A | Interest | O | T | | | | | |
| 139. Coronado First Bank/Private Bancorp (T) | | None | M | T | | | | | |
| 140. Vanguard Life Strategy (T) | B | Dividend | L | T | | | | | |
| 141. Schwab US Div Eq ETF (T) | A | Dividend | J | T | | | | | |
| 142. Illumina (T) | | None | M | T | Buy (add'l) | 04/27/16 | J | | |
| 143. Illumina (T) | | None | | | Buy (add'l) | 05/04/16 | J | | |
| 144. Illumina (T) | | None | | | Buy (add'l) | 05/06/16 | J | | |
| 145. Illumina (T) | | None | | | Buy (add'l) | 10/17/16 | J | | |
| 146. Becton Dickinson (T) | A | Dividend | J | T | | | | | |
| 147. SPDR Dow Jones S&P 500 ETF (T) | D | Dividend | N | T | Buy (add'l) | 01/12/16 | K | | |
| 148. SPDR Dow Jones S&P 500 ETF (T) | D | Dividend | | | Buy (add'l) | 02/11/16 | J | | |
| 149. SPDR Dow Jones S&P Div ETF (T) | D | Dividend | M | T | Buy (add'l) | 02/11/16 | J | | |
| 150. SPDR Dow Jones S&P Div ETF (T) | D | Dividend | | | Buy (add'l) | 11/10/16 | J | | |
| 151. SPDR Em Mkts Div ETF (T) | B | Dividend | K | T | | | | | |
| 152. Philip Morris (T) | B | Dividend | K | T | | | | | |
| 153. Raytheon (T) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Chase Accts./JP Morgan (T) | A | Interest | N | T | | | | | |
| 155. CitiBank Accts | A | Interest | N | T | | | | | |
| 156. US Bank (T) (SD Nat'l Bank ) (T) | A | Interest | N | T | | | | | |
| 157. Union Bank Acct (T) | | None | K | T | | | | | |
| 158. Clorox (T) | B | Dividend | L | T | | | | | |
| 159. Andersons (T) | B | Dividend | L | T | | | | | |
| 160. Pepsico (T) | B | Dividend | K | T | | | | | |
| 161. Coca Cola (T) | B | Dividend | L | T | | | | | |
| 162. Cal. B & T Acct (T) | A | Interest | N | T | | | | | |
| 163. Stoneridge LM LLC | C | Interest | L | T | | | | | |
| 164. Stoneridge LM LLC | E | Distribution | L | T | | | | | |
| 165. Enclave Lake Murray | D | Distribution | L | T | | | | | |
| 166. Artesia Escondido | C | Interest | M | T | Buy | 01/21/16 | M | | |
| 167. Artesia Escondido | D | Distribution | M | T | | | | | |
| 168. Whitson | | None | M | T | Buy | 11/28/16 | M | | |
| 169. Sterling Apts | | None | L | T | Buy | 04/06/16 | L | | |
| 170. MMB Investments | | None | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. American Express (T) | A | Dividend | J | T | | | | | |
| 172. ALPS Trust ETF Alerian (T) | | None | | | Sold | 01/04/16 | J | | |
| 173. Wal Mart (T) | B | Dividend | L | T | | | | | |
| 174. Vanguard FTSE Dev ETF (T) | B | Dividend | K | T | | | | | |
| 175. Schw Emg Mkt Eq EFT (T) | B | Dividend | K | T | | | | | |
| 176. Cal. Resources Corp. (T) | A | Dividend | J | T | | | | | |
| 177. PV Opportunity Fund III | D | Interest | L | T | | | | | |
| 178. PV Opportunity Fund III | E | Distribution | L | T | | | | | |
| 179. PV Opportunity Fund IV | C | Interest | L | T | Buy | 01/25/16 | J | | |
| 180. PV Opportunity Fund IV | C | Interest | K | | Buy (add'l) | 07/27/16 | K | | |
| 181. PV Oppurtunity Fund IV | C | Interest | K | T | Buy (add'l) | 12/20/16 | K | | |
| 182. American Properties | D | Interest | L | T | | | | | |
| 183. American Properties | D | Distribution | L | T | | | | | |
| 184. Barcelona 326 Juniper | D | Distribution | L | T | | | | | |
| 185. Schwab Gurtin List of Assets Below (T) | | | | | | | | | |
| 186. Holmen WI GO 10/01/16 (T) | D | Interest | | | Redeemed | 10/01/16 | M | | |
| 187. CA Muni MM (T) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. SD CA Redev 31 RDA (T) | D | Interest | M | T | | | | | |
| 189. LA CA W/P 35 U (T) | B | Interest | | | Redeemed | 07/01/16 | L | | |
| 190. Univ. CA Rev. 5/15/37 (T) | B | Interest | | | Redeemed | 05/15/16 | L | | |
| 191. Wash CA COP Rev 8/01/37 (T) | B | Interest | K | T | | | | | |
| 192. LA Dept W/P 38 (T) | C | Interest | L | T | | | | | |
| 193. SF CA CY/CN 27 (T) | D | Interest | M | T | | | | | |
| 194. Modesto CA IRR 37 U (T) | B | Interest | L | T | | | | | |
| 195. MET Pier ETC IL 28 (T) | B | Interest | | | Sold | 02/03/16 | K | | |
| 196. MET Pier ETC IL 28 (T) | A | Interest | | | Sold | 02/10/16 | L | | |
| 197. Chicago IL PK Dist 30 (T) | B | Interest | L | T | | | | | |
| 198. Chicago IL PK Dist 28 (T) | B | Interest | L | T | | | | | |
| 199. Chicago IL PK Dist 29 (T) | B | Interest | K | T | | | | | |
| 200. Chicago IL PK 16 1-1-26 (T) | B | Interest | L | T | Buy | 06/15/16 | L | | |
| 201. Fresno CA 41 SCH (T) | | None | L | T | | | | | |
| 202. LA GO Sch 7-01-23 (T) | A | Interest | M | T | Buy | 12/07/16 | M | | |
| 203. NY St Twy Rev 1-1-28 (T) | A | Interest | M | T | Buy | 11/04/16 | M | | |
| 204. Charlotte NC Rev 1-15-31 (T) | A | Interest | M | T | Buy | 09/30/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Sacramento CA Rev 12-1-36 (T) | C | Interest | M | T | Buy | 03/08/16 | M | | |
| 206.  CA State GO 8-1-27 (T) | B | Interest | M | T | Buy | 10/31/16 | M | | |
| 207.  Swestern Cmty C GO 8-1-30 (T) | | None | L | T | Buy | 06/17/16 | L | | |
| 208.  Richland SC Rev 3-1-37 (T) | C | Interest | M | T | Buy | 06/29/16 | M | | |
| 209.  END OF GURTIN | | | | | | | | | |
| 210.  BK OK IRA Assets Below | | | | | | | | | |
| 211.  Schwab Bank MM | A | Interest | N | T | | | | | |
| 212.  Schwab US Div Eq ETF | A | Dividend | J | T | Buy | 06/27/16 | J | | |
| 213.  DFA Real Estate | A | Interest | K | T | | | | | |
| 214.  SPDR 500 ETF | A | Dividend | J | T | Buy | 06/27/16 | J | | |
| 215.  SPDR DJIA ETF | B | Dividend | L | T | Buy | 06/27/16 | J | | |
| 216.  SPDR S&P Div ETF | A | Dividend | J | T | Buy | 06/27/16 | J | | |
| 217.  Schwab Hi Yld | A | Interest | J | T | Open | 09/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 33 and 34. In my 2015 report, I combined Vanguard Infl. Prot and Vanguard ST Infl Protection, but they are separate funds.

Line 52. Reverse stock split 10/06.

Line 53. Name change 11/01.

Lines 45, 164-165, 167, 178, 183-184. Distribution is return of capital, not income.

Line 174. Cal Resources had a reverse stock split on 6/1/16.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ MARILYN L. HUFF

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544